

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**AMERICAN RELIABLE INSURANCE COMPANY**
**and VOYAGER LIFE INSURANCE GROUP**                     PLAINTIFFS

VS.                                      CIVIL ACTION NO.: 4:04CV221LN

**SHIRLEY BEASON, ANNIE BENDER,**
**SHELLIE CRAWFORD, LISA DUBOSE, ANTHANOLA ESTES,**
**ROSE EVERETT, CLINTON GRAY, KERMIT GRAY, CLARA**
**JORDAN, EMMA JORDAN, CHRIS KELLEY, JULIE McCANN**
**a/k/a JULIE McGILL, W. C.McCANN, JOHNNIE McDOUGLE, ANNIE**
**MILLER, FELICIA MILLER, TOMMY MILLER, IRMA NOBLES,**
**CURTIS RUSSELL, Jr., TRACY TAYLOR, TWALLA TAYLOR,**
**JOHN WALKER, PATRICIA WALKER, JOHN WARREN,**
**EUGENE WORSHAM and LUTHER WOULARD**                      DEFENDANTS

### APPLICATION TO CLERK FOR ENTRY OF DEFAULT

COME NOW the Plaintiffs American Reliable Insurance Company ("ARIC") and Voyager Life Insurance Company ("VLIC"), incorrectly identified in the Complaint as Voyager Life Insurance Group, and hereby request that the United States District Court Clerk for the Southern District of Mississippi, Eastern Division enter default against Defendant, **John Walker**, in the above entitled action for failure to plead, answer or otherwise defend the complaint as set out in the Affidavit annexed hereto.

This the 21st day of February, 2005.

Respectfully submitted,

**AMERICAN RELIABLE INSURANCE**
**COMPANY AND VOYAGER LIFE**
**INSURANCE COMPANY**
By: _____
Walter D. Willson (MSB # 7291)
Randy L. Dean (MSB # 6011)
Jeffrey B. Rimes (MSB #100017)

                                              Their Attorneys

**OF COUNSEL:**

**WELLS MARBLE & HURST, PLLC**
Post Office Box 131
Jackson, Mississippi  39205-0131
Tel: (601) 355-8321

## CERTIFICATE OF SERVICE

I, Jeffrey B. Rimes, do hereby certify that a true and correct copy of the above and foregoing application to clerk for entry of default has been served, via first class mail, postage prepaid, to the following:

John Walker
74 Jones Walker Loop
Waynesboro, Mississippi 39367

**DEFENDANT**

So certified this the _22nd_ day of February, 2005.

                                              Jeffrey B. Rimes

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

AMERICAN RELIABLE INSURANCE COMPANY
and VOYAGER LIFE INSURANCE GROUP                                        PLAINTIFFS

VS.                                                              CIVIL ACTION NO.: 4:04CV221LN

SHIRLEY BEASON, ANNIE BENDER,
SHELLIE CRAWFORD, LISA DUBOSE, ANTHANOLA ESTES,
ROSE EVERETT, CLINTON GRAY, KERMIT GRAY, CLARA
JORDAN, EMMA JORDAN, CHRIS KELLEY, JULIE McCANN
a/k/a JULIE McGILL, W. C.McCANN, JOHNNIE McDOUGLE, ANNIE
MILLER, FELICIA MILLER, TOMMY MILLER, IRMA NOBLES,
CURTIS RUSSELL, Jr., TRACY TAYLOR, TWALLA TAYLOR,
JOHN WALKER, PATRICIA WALKER, JOHN WARREN,
EUGENE WORSHAM and LUTHER WOULARD                                        DEFENDANTS

## AFFIDAVIT OF DEFAULT

STATE OF MISSISSIPPI

COUNTY OF HINDS

Jeffrey B. Rimes, being duly sworn, deposes and says:

1. I am one of the attorneys of record for the Plaintiffs, American Reliable Insurance Company ("ARIC") and Voyager Life Insurance Company ("VLIC"), incorrectly identified in the Complaint as Voyager Life Insurance Group, and have personal knowledge of the facts set forth in this Affidavit.

2. **John Walker** was duly served with a copy of the Summons and a copy of the Complaint for Order Compelling Arbitration by service of process by Robert Joiner, on January 6, 2005, by leaving a true copy of same with wife of the defendant, Patricia Walker, see stamp filed copy of summons with executed Returns of Service appended as Exhibit "A".

3.   More than twenty (20) days have elapsed since the date on which Defendant was served with the Summons and a copy of the Complaint as required by Rule 4 of the Mississippi Rules of Civil Procedure.

4.   John Walker has not answered or otherwise defended as to American Reliable Insurance Company and Voyager Life Insurance Company, filed an answer or other defense with the Clerk of the Court or delivered a response to the undersigned attorney of record for American Reliable Insurance Company and Voyager Life Insurance Company.

5.   This Affidavit is executed in accordance with Rule 55(a) of the Federal Rules of Civil Procedure for the purpose of enabling American Reliable Insurance Company and Voyager Life Insurance Company to obtain an entry of default against John Walker for his failure to answer or otherwise defend as to American Reliable Insurance Company and Voyager Life Insurance Company's Complaint.

THIS the _2/st_ day of February, 2005.

_____
Jeffrey B. Rimes (MSB#100017)

SWORN TO AND SUBSCRIBED before me, this the _21st_ day of February, 2005.

_____
NOTARY PUBLIC

My Commission Expires:
Notary Public State of Mississippi At Large
My Commission Expires: October 6, 2006
Bonded Thru Heiden, Brooks & Garland, Inc.

132742



## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## EASTERN DIVISION

AMERICAN RELIABLE INSURANCE COMPANY
and VOYAGER LIFE INSURANCE GROUP                                    **PLAINTIFFS**

VS.                                                          CIVIL ACTION NO.: 4:04CV221LN

SHIRLEY BEASON, ANNIE BENDER,
SHELLIE CRAWFORD, LISA DUBOSE, ANTHANOLA ESTES,
ROSE EVERETT, CLINTON GRAY, KERMIT GRAY, CLARA
JORDAN, EMMA JORDAN, CHRIS KELLEY, JULIE McCANN
a/k/a JULIE McGILL, W. C. McCANN, JOHNNIE McDOUGLE, ANNIE
MILLER, FELICIA MILLER, TOMMY MILLER, IRMA NOBLES,
CURTIS RUSSELL, Jr., TRACY TAYLOR, TWALLA TAYLOR,
JOHN WALKER, PATRICIA WALKER, JOHN WARREN,
EUGENE WORSHAM and LUTHER WOULARD                     **DEFENDANTS**

### SUMMONS

TO:     John Walker
        74 Jones Walker Loop
        Waynesboro, Mississippi 39367

### NOTICE TO DEFENDANT
### THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

You are hereby summoned and required to serve upon Jeffrey B. Rimes, attorney for American Reliable Insurance Company, Voyager Life Insurance Company and Voyager Guaranty Insurance Company, whose post office address is Post Office Box 131, Jackson, Mississippi 39205-0131, and whose street address is 600 Lamar Life Building, 317 East Capitol Street, Jackson, Mississippi 39201, an answer to the Complaint and Petition to Compel Arbitration, which is herewith served on you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

You must also file the original of your response with the Clerk of this Court within a reasonable time afterward.

Issued under my hand and the seal of said Court, this __17__ day of __Dec__, 2004.

U.S. District Court Clerk of
Southern District of Mississippi

By: _____, D.C.

## PROOF OF SERVICE - SUMMONS

I, the undersigned process server, served the Summons and Complaint upon the person or entity named above in the manner set forth below:

___ FIRST CLASS MAIL AND ACKNOWLEDGMENT SERVICE. By mailing (by first class mail, postage prepaid), on the date stated in the attached Notice, copies to the person served, together with copies of the form of notice and acknowledgment and return envelope, postage prepaid, addressed to the sender (Attach completed acknowledgment of receipt pursuant to M.R.C.P. Form 1B).

___ PERSONAL SERVICE. I personally delivered copies to _____ on the ____ day of _____, 20___, where I found said person(s) in _____ County of the State of _____.

_✓_ RESIDENCE SERVICE. After exercising reasonable diligence, I was unable to deliver copies to said person within WAYNE County, MS. I served the Summons and Complaint on the 6 day of Jan, 2005, at the usual place of abode of said person by leaving a true copy of the Summons and Complaint with PATRICIA WALKER who is the WIFE (wife, husband, son, daughter or other person so as the case may be), a member of the family of the person served above the age of sixteen years and willing to receive the Summons and Complaint, and thereafter on the 6 day of Jan, 2005, I mailed (by first class mail, postage prepaid) copies to the person served at his or her usual place of abode where the copies were left.

___ CERTIFIED MAIL SERVICE. By mailing to his address outside Mississippi (by first class mail, postage prepaid, requiring a return receipt) copies to the person served. (Attach signed return receipt or the return envelope marked "Refused".)

At the time of service I was at least 18 years of age and not a party to this action.

Fee for Service: $75.00

Process server must list below: [Please print or type]

Name: Robert E Joiner
Social Security No. 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
Address: 398 White Oak ST
Waynesboro, MS 39367
Telephone No. 601-735-6011

State of Mississippi
County of Wayne

Personally appeared before me the undersigned authority in and for the state and county aforesaid, the within named Bob Joiner, who being first by me duly sworn states on oath that the matters and facts set forth in the foregoing "Proof of Service - Summons" are true and correct as therein stated.

_____
Process Server (Signature)

Sworn to and subscribed before me this the 4th day of Jan, 2005

_____
NOTARY PUBLIC

My Commission Expires:

Notary Public State of Mississippi At Large
My Commission Expires: October 6, 2006
Bonded Thru Holden, Brooks & Garland, Inc.

104004