IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**AMERICAN RELIABLE INSURANCE COMPANY**
**and VOYAGER LIFE INSURANCE GROUP**                                       **PLAINTIFFS**

**VS.**                                              **CIVIL ACTION NO.: 4:04CV221LN**

**SHIRLEY BEASON, ANNIE BENDER, SHELLIE CRAWFORD**
**LISA DUBOSE, ANTHANOLA ESTES, ROSE EVERETT,**
**CLINTON GRAY, KERMIT GRAY, CLARA JORDAN**
**EMMA JORDAN, CHRIS KELLEY, JULIE McCANN**
**a/k/a JULIE McGILLE, W.C. McCANN, JOHNNIE McDOUGLE,**
**ANNIE MILLER, FELICIA MILLER, TOMMY MILLER,**
**IRMA NOBLES, CURTIS RUSSELL, JR., TRACY**
**TAYLOR, TWALLA TAYLOR, JOHN WALKER, PATRICIA WALKER,**
**JOHN WARREN, EUGENE WORSHAM and LUTHER WOULARD**        **DEFENDANTS**

**ORDER GRANTING AMERICAN RELIABLE INSURANCE COMPANY**
**AND VOYAGER LIFE INSURANCE GROUP'S**
**MOTION TO DISMISS WITHOUT PREJUDICE**

There came on for hearing on this date in the above-entitled and numbered action the Plaintiffs' motion to dismiss without prejudice the complaint for order compelling arbitration filed by American Reliable Insurance Company and Voyager Life Insurance Group. The Court finds that the motion is well-taken and should be granted. Accordingly, American Reliable Insurance Company and Voyager Life Insurance Group's motion to dismiss the complaint for order compelling arbitration without prejudice is hereby granted.

**SO ORDERED AND ADJUDGED,** this the 19th day of January, 2006.

/s/ Tom S. Lee
**UNITED STATES DISTRICT JUDGE**

**SUBMITTED BY:**

Walter D. Willson, Esq. (MSB # 7 291)
Randy L. Dean (MSB # 6011)
Jeffrey B. Rimes (MSB # 100017)
**WELLS MARBLE & HURST, PLLC**
Post Office Box 131
Jackson, Mississippi  39205-0131

**ATTORNEYS FOR AMERICAN RELIABLE INSURANCE**
**COMPANY and VOYAGER LIFE INSURANCE GROUP**

ARI OrderGrantingMTD(Beason).wpd